# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BRANDON WILLARD STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-01291-AKK-SGC |
| ) | |
| SHERIFF MATTHEW WADE, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on November 4, 2020, recommending the claims presented in this action, filed pursuant to 42 U.S.C. § 1983, be dismissed without prejudice for failure to prosecute. Doc. 16. Although the magistrate judge advised the parties of their right to file specific written objections within fourteen days, the court has not received any objections within the prescribed time.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. Accordingly, Stewart's complaint is due to be dismissed without prejudice. The court will enter a separate order.

**DONE** the 30th day of November, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE

1